## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENEVA PHARMACEUTICALS TECHNOLOGY CORP., <br> Plaintiff, <br> -against- <br> BARR LABORATORIES, INC., <br> BRANTFORD CHEMICALS INC., <br> BERNARD C. SHERMAN, <br> APOTEX HOLDINGS, INC., <br> APOTEX, INC., <br> and SHERMAN DELAWARE, INC., <br> Defendants. <br><br> APOTHECON, INC., <br> Plaintiff, <br> -against- <br> BARR LABORATORIES, INC., <br> BRANTFORD CHEMICALS INC., <br> BERNARD C. SHERMAN, <br> APOTEX HOLDINGS INC., <br> APOTEX INC., <br> and SHERMAN DELAWARE, INC., <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **SUBPOENA IN A CIVIL CASE** <br><br> Case No.: Misc. _____ <br> Case Pending: Southern District of New York <br><br> Case No. 98 Civ. 861 <br> Case No. 99 Civ. 3687 <br><br> (Consolidated) |

**ORDER GRANTING BRANTFORD CHEMICAL INC.'S MOTION TO COMPEL E.I. DU PONT DE NEMOURS & COMPANY TO COMPLY WITH SUBPOENA**

The Court, having considered Brantford Chemicals Inc.'s Motion to Compel E.I. du Pont de Nemours & Company to Comply with Subpoena (the "Motion to Compel"),

IT IS HEREBY ORDERED this \_\_\_\_ day of _____, 2005, that:

1)  Brantford Chemical Inc.'s ("Brantford") Motion to Compel is hereby GRANTED;

2)  E.I. du Pont de Nemours & Company ("E.I. du Pont") shall respond to Brantford's September 6, 2005, subpoena *duces tecum* issued to E.I. du Pont to produce documents regarding its participation in the market for warfarin sodium crystalline clathrate (the "Subpoena") no later than _____, 200___; and

3)  E.I. du Pont shall reimburse Brantford for Brantford's reasonable attorney's fees and costs associated with filing the Motion to Compel concerning the Subpoena.

_____
United States District Judge

2