# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENEVA PHARMACEUTICALS TECHNOLOGY CORP., | ) ) | **SUBPOENA IN A CIVIL CASE** |
| Plaintiff, | ) ) | |
| -against- | ) ) | Case No.: Misc. _____ Case Pending: Southern District of New York |
| BARR LABORATORIES, INC., BRANTFORD CHEMICALS INC., BERNARD C. SHERMAN, APOTEX HOLDINGS, INC., APOTEX, INC., and SHERMAN DELAWARE, INC., | ) ) ) ) ) ) | Case No. 98 Civ. 861 Case No. 99 Civ. 3687 (Consolidated) |
| Defendants. | ) ) | |
| APOTHECON, INC., | ) ) | |
| Plaintiff, | ) ) | |
| -against- | ) ) | |
| BARR LABORATORIES, INC., BRANTFORD CHEMICALS INC., BERNARD C. SHERMAN, APOTEX HOLDINGS INC., APOTEX INC., and SHERMAN DELAWARE, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER GRANTING BRANTFORD CHEMICAL INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT E TO ITS MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL E.I. DU PONT DE NEMOURS & COMPANY TO COMPLY WITH SUBPOENA

The Court, having considered Brantford Chemicals Inc.'s ("Brantford") Motion

for Leave to File Under Seal Exhibit E to Brantford's Memorandum In Support of Its

Motion to Compel E.I. du Pont de Nemours & Company to Comply with Subpoena (the "Motion for Leave to File Under Seal"),

IT IS HEREBY ORDERED this ____ day of _____, 2005, that:

1)    Brantford's Motion for Leave to File Under Seal Exhibit E, the Affidavit of John C. Budzinski, to Brantford's Memorandum in Support of Its Motion to Compel E.I. du Pont de Nemours & Company to Comply with Subpoena is hereby GRANTED;

2)    the Affidavit of John C. Budzinski, attached as Exhibit E to Brantford's Memorandum in Support of Its Motion to Compel E.I. du Pont de Nemours & Company to Comply with Subpoena, will be filed under judicial seal before this Court; and

3)    Brantford is hereby relieved of the obligation to submit a redacted copy within five (5) business days, as there would be no substantive unredacted information in Exhibit E to be filed publicly.


_____
United States District Judge