# EXHIBIT E

**Exhibit E has been filed separately under seal**