# EXHIBIT 2

Case 1:05-mc-00240-KAJ     Document 4-3     Filed 12/06/2005     Page 1 of 6



**LORD BISSELL BROOK** LLP
ATTORNEYS AT LAW

115 S. LASALLE STREET | CHICAGO, ILLINOIS 60603-3901
312.443.0700 | 312.443.0336 FAX | WWW.LORDBISSELL.COM

October 25, 2005

Carie-Megan A. Flood

312.443.0206
Fax: 312.896.6206
cflood@lordbissell.com

**VIA FACSIMILE**

Carla Murray, Esq.
Legal Department
E.I. Dupont De Nemours & Co.
1007 Market Street
Wilmington, DE 19898

Re:  *Geneva Pharm. Tech. Corp. v. Barr Labs., Inc., et al.*
     Case No. 98 Civ. 861 (RWS)

Dear Ms. Murray:

Per our telephone conversation this afternoon, attached are Brantford's previous two subpoenas issued to DuPont and the letter from Adam Hoeflich, on behalf of DuPont, resolving the subpoenas. Please contact me if you have any questions.

Very truly yours,

LORD, BISSELL & BROOK LLP

Carie-Megan A. Flood

CAF/jm

Enclosures

**LORD BISSELL ▼ BROOK** LLP
ATTORNEYS AT LAW

115 S. LASALLE STREET | CHICAGO, ILLINOIS 60603-3901
312.443.0700 | 312.443.0336 FAX | WWW.LORDBISSELL.COM

October 27, 2005

Carie-Megan A. Flood

312.443.0206
Fax: 312.896.6206
cflood@lordbissell.com

**VIA FACSIMILE AND U.S. MAIL**

Carla Murray, Esq.
Legal Department
E.I. Dupont De Nemours & Co.
1007 Market Street
Wilmington, DE 19898

Re:   *Geneva Pharm. Tech. Corp. v. Barr Labs., Inc., et al.*
      Case No. 98 Civ. 861 (RWS)

Dear Ms. Murray:

During our telephone conference on October 25, 2005, you informed me that you have not made any progress locating the documents requested in Brantford's subpoena. Brantford's subpoena was served upon DuPont on September 8, 2005. To date, I have not received any written response from DuPont regarding Brantford's subpoena, nor have you provided me with any information as to when DuPont will produce documents to Brantford. As you are aware from our previous telephone conversation, Judge Cote has set a tight discovery schedule. I suggest we set up another discovery conference, via telephone, for Monday, October 31, 2005 at 11:00 a.m. EST to discuss DuPont's progress with Brantford's subpoena. Please inform me as soon as possible if this acceptable or to discuss alternative times.

Very truly yours,

LORD, BISSELL & BROOK LLP

*Carie M. Flood*

Carie-Megan A. Flood

CAF/jm



# LORD BISSELL & BROOK LLP
### ATTORNEYS AT LAW

115 S. LASALLE STREET | CHICAGO, ILLINOIS 60603-3901
312.443.0700 | 312.443.0336 FAX | WWW.LORDBISSELL.COM

November 14, 2005

Carie-Megan A. Flood

312.443.0206
Fax: 312.896.6206
cflood@lordbissell.com

**VIA FACSIMILE AND U.S. MAIL**

Karla R. Murray
Legal Department
E.I. Dupont De Nemours & Co.
1007 Market Street
Wilmington, DE 19898

    Re:    *Geneva Pharm. Tech. Corp. v. Barr Labs., Inc., et al.*
            Case No. 98 Civ. 861 (DLC)

Dear Ms. Murray:

    This letter will respond to your letter dated November 4, 2005 in which you assert that DuPont Pharmaceuticals Co.'s and Brantford's October 20, 2000 letter agreement ("letter agreement") precludes Brantford from obtaining discovery from E.I. DuPont De Nemours & Co. ("E.I. DuPont") pursuant to its September 6, 2005 subpoena. We had previously advised you of the letter agreement in a telephone discussion, and sent you a copy of the letter agreement on October 25, 2005. Brantford and DuPont Pharmaceuticals Co. entered into the letter agreement as a means of resolving Brantford's September 17, 1999 and August 31, 2000 subpoenas to E.I. DuPont.

    The landscape of the warfarin sodium market has changed considerably since fact discovery closed in 2001. Judge Cote recognized this in her September 6, 2005 Order and Opinion in which she reopened discovery to allow the parties to explore the current structure of the warfarin sodium market. With its current subpoena, Brantford only seeks updated information from the period of January 1, 2000 through the present.

    Moreover, Brantford's current subpoena is limited in scope and only contains five (5) narrowly tailored document requests aimed at obtaining information about DuPont's sales of bulk warfarin sodium and DuPont's actual and potential capacity to manufacture bulk warfarin sodium. Brantford's prior subpoenas in 1999 and 2000, which the letter agreement resolved, were far more expansive in scope and sought information pertaining to DuPont's marketing strategies for Coumadin®.

    We also note that the letter agreement was specifically limited to DuPont Pharmaceuticals Co. Nothing in the letter agreement prevents Brantford from issuing another subpoena to E.I. DuPont, which has since sold the DuPont Pharmaceuticals business.



Karla Murray, Esq.
November 14, 2005
Page 2

      We are more than willing to discuss Brantford's subpoena, as well as the parties' prior dealings, with you further. If, however, you continue to take the position that E.I. DuPont will not respond to the subpoena, we will have no other alternative but to seek relief from the court.

Very truly yours,

LORD, BISSELL & BROOK LLP

Carie-Megan A. Flood

CAF/jm

cc:   Michael Gaertner
       John Kloecker



**DuPont Legal**

|  |  |
|---|---|
| Reply to: | Karla R. Murray |
|  | Corporate Legal Assistant |
|  | Legal, D4050-1 |
|  | E. I. du Pont de Nemours and Company |
| Mail: | 1007 Market Street |
|  | Wilmington, Delaware 19898 |
| Telephone: | (302) 774-4881 |
| Fax: | (302) 773-5952 |
| E-mail: | Karla.R.Murray@usa.dupont.com |

November 4, 2005

Carrie-Megan A. Flood
Lord Bissell & Brook
115 S. LaSalle Street
Chicago, Illinois 60603-3901

RE: Geneva Pharm. Tech. Corp. v. Barr Labs., Inc., et al.

Dear Ms. Flood:

  In response to your subpoena it has been determined that prior to 2001 a written agreement was entered into between John Kloecker of Lord Bissell and Brook and Bartlett Beck on behalf of DuPont. This agreement stated that the documents produced in that case were sufficient and were all that would ever be produced. DuPont expects that Lord Bissell will honor this agreement.

Very truly yours,

Karla R. Murray
Corporate Paralegal

cc: Jennifer R. Scullion