IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENEVA PHARMACEUTICALS TECHNOLOGY CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| -against- | ) ) | C.A. No. 05-240 (KAJ) |
| BARR LABORATORIES, INC., BRANTFORD CHEMICALS INC., BERNARD C. SHERMAN, APOTEX HOLDINGS, INC., APOTEX, INC., and SHERMAN DELAWARE, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| APOTHECON, INC., | ) ) | Case Pending: Southern District of New York |
| Plaintiff, | ) ) | |
| -against- | ) ) | Case No. 98 Civ. 861 Case No. 99 Civ. 3687 |
| BARR LABORATORIES, INC., BRANTFORD CHEMICALS INC., BERNARD C. SHERMAN, APOTEX HOLDINGS INC., APOTEX INC., and SHERMAN DELAWARE, INC., | ) ) ) ) ) ) | (Consolidated) |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between the parties hereto, subject to the approval of the Court, that the deadline for Non-Party E.I. du Pont de Nemours and Company to respond to Defendant Brantford Chemicals Inc.'s Motion to Compel is extended to January 11, 2006.

POTTER ANDERSON & CORROON LLP

| | |
|---|---|
| /s/ David E. Moore | /s/ Diane J. Bartels |
| Richard L. Horwitz (# 2246) | Diane J. Bartels (#2530) |
| Kevin R. Shannon (# 3137) | 1807 North Market Street |
| David E. Moore (# 3983) | Wilmington, DE 19802-4810 |
| Hercules Plaza | Tel: (302) 656-7207 |
| 1313 N. Market Street, 6th Floor | Fax: (302) 656-7208 |
| P.O. Box 951 | dbartelsde@aol.com |
| Wilmington, DE 19899 | |
| Tel: (302) 984-6000 | Michael J. Gaertner (MG-4713) |
| rhorwitz@potteranderson.com | John F. Kloecker (JK-9518) |
| kshannon@potteranderson.com | LORD BISSELL & BROOK LLP |
| dmoore@potteranderson.com | 115 South LaSalle Street |
| | Chicago, IL 60603 |
| *Attorneys for Non-Party E.I. du Pont de Nemours and Company* | Tel: (312) 443-1722 |
| | Fax: (312) 896-6722 |
| | |
| | David G. Greene (DG-4163) |
| | LORD, BISSELL & BROOK LLP |
| | 885 Third Avenue, 26th Floor |
| | New York, NY 10022 |
| | Tel: (212) 812-8340 |
| | Fax: (212) 947-1202 |
| | |
| | *Attorneys for Defendant Brantford Chemicals Inc.* |

SO ORDERED this ____ day of _____, 2006.

_____
U.S. District Court Judge

713944