IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENEVA PHARMACEUTICALS TECHNOLOGY CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| -against- | ) ) | C.A. No. 05-240 (KAJ) |
| BARR LABORATORIES, INC., BRANTFORD CHEMICALS INC., BERNARD C. SHERMAN, APOTEX HOLDINGS, INC., APOTEX, INC., and SHERMAN DELAWARE, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| APOTHECON, INC., | ) ) | Case Pending: Southern District of New York |
| Plaintiff, | ) ) | |
| -against- | ) ) | Case No. 98 Civ. 861 Case No. 99 Civ. 3687 |
| BARR LABORATORIES, INC., BRANTFORD CHEMICALS INC., BERNARD C. SHERMAN, APOTEX HOLDINGS INC., APOTEX INC., and SHERMAN DELAWARE, INC., | ) ) ) ) ) ) | (Consolidated) |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between the parties hereto, subject to the approval of the Court, that the deadline for Non-Party E.I. du Pont de Nemours and Company to respond to Defendant Brantford Chemicals Inc.'s Motion to Compel is extended to January 17, 2006.

POTTER ANDERSON & CORROON LLP

/s/ David E. Moore
Richard L. Horwitz (# 2246)
Kevin R. Shannon (# 3137)
David E. Moore (# 3983)
Hercules Plaza
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
kshannon@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Non-Party E.I. du Pont de Nemours and Company*

/s/ Diane J. Bartels
Diane J. Bartels (#2530)
1807 North Market Street
Wilmington, DE 19802-4810
Tel: (302) 656-7207
Fax: (302) 656-7208
dbartelsde@aol.com

Michael J. Gaertner (MG-4713)
John F. Kloecker (JK-9518)
LORD BISSELL & BROOK LLP
115 South LaSalle Street
Chicago, IL 60603
Tel: (312) 443-1722
Fax: (312) 896-6722

David G. Greene (DG-4163)
LORD, BISSELL & BROOK LLP
885 Third Avenue, 26th Floor
New York, NY 10022
Tel: (212) 812-8340
Fax: (212) 947-1202

*Attorneys for Defendant Brantford Chemicals Inc.*

SO ORDERED this ____ day of _____, 2006.

_____
U.S. District Court Judge

714580

POTTER ANDERSON & CORROON LLP

/s/ David E. Moore
Richard L. Horwitz (# 2246)
Kevin R. Shannon (# 3137)
David E. Moore (# 3983)
Hercules Plaza
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
kshannon@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Non-Party E.I. du Pont de Nemours and Company*

/s/ Diane J. Bartels
Diane J. Bartels (#2530)
1807 North Market Street
Wilmington, DE 19802-4810
Tel: (302) 656-7207
Fax: (302) 656-7208
dbartelsde@aol.com

Michael J. Gaertner (MG-4713)
John F. Kloecker (JK-9518)
LORD BISSELL & BROOK LLP
115 South LaSalle Street
Chicago, IL 60603
Tel: (312) 443-1722
Fax: (312) 896-6722

David G. Greene (DG-4163)
LORD, BISSELL & BROOK LLP
885 Third Avenue, 26th Floor
New York, NY 10022
Tel: (212) 812-8340
Fax: (212) 947-1202

*Attorneys for Defendant Brantford Chemicals Inc.*

SO ORDERED this ____ day of _____, 2006.

_____
U.S. District Court Judge

714580