IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENEVA PHARMACEUTICALS TECHNOLOGY CORP., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| -against- | ) ) ) | C.A. No. 05-240 (KAJ) |
| BARR LABORATORIES, INC., BRANTFORD CHEMICALS INC., BERNARD C. SHERMAN, APOTEX HOLDINGS, INC., APOTEX, INC., and SHERMAN DELAWARE, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| APOTHECON, INC., | ) ) | Case Pending: Southern District of New York |
| Plaintiff, | ) ) | |
| -against- | ) ) | Case No. 98 Civ. 861 Case No. 99 Civ. 3687 |
| BARR LABORATORIES, INC., BRANTFORD CHEMICALS INC., BERNARD C. SHERMAN, APOTEX HOLDINGS INC., APOTEX INC., and SHERMAN DELAWARE, INC., | ) ) ) ) ) ) | (Consolidated) |
| Defendants. | ) | |

## NOTICE OF DISMISSAL OF MISCELLANEOUS MATTER 05-240

PLEASE TAKE NOTICE that the above-captioned miscellaneous matter, number 05-240 (KAJ) in the United States District Court for the District of Delaware, in the matter of Defendant Brantford Chemicals Inc.'s Motion to Compel against Non-Party E.I. du Pont de Nemours and Company ("Du Pont"), hereinafter the "Miscellaneous Matter," is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), such miscellaneous matter being dismissed voluntarily by Brantford prior to the filing and service of any answer or motion for summary judgment by Du Pont in this matter.

This Notice of Dismissal is intended solely to address the aforementioned "Miscellaneous Matter." This dismissal of the aforementioned Miscellaneous Matter does not constitute a dismissal or other adjudication of the above-captioned matters pending in the United States District Court for the Southern District of New York.

Respectfully submitted,

*[signature]*

Diane J. Bartels (#2530)
1807 North Market Street
Wilmington, DE 19802-4810
Tel: (302) 656-7207
Fax: (302) 656-7208
dbartelsde@aol.com

Michael J. Gaertner (MG-4713)
John F. Kloecker (JK-9518)
LORD BISSELL & BROOK LLP
115 South LaSalle Street
Chicago, IL 60603
Tel: (312) 443-1722
Fax: (312) 896-6722

David G. Greene (DG-4163)
LORD, BISSELL & BROOK LLP
885 Third Avenue, 26th Floor
New York, NY 10022
Tel: (212) 812-8340
Fax: (212) 947-1202

*Attorneys for Defendant Brantford Chemicals Inc.*

Dated: June 22, 2006