## CERTIFICATE OF SERVICE

I, Diane J. Bartels, Esquire, hereby certify that on June 22, 2006, I electronically filed the foregoing Notice of Dismissal of Miscellaneous Matter 05-240 with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

>   Richard L. Horwitz, Esquire
>   Kevin R. Shannon, Esquire
>   David E. Moore, Esquire
>   Potter Anderson & Corroon LLP
>   Hercules Plaza
>   1313 N. Market Street, 6th Floor
>   P.O. Box 951
>   Wilmington, DE 19899
>
>   *Attorneys for Non-Party E.I. du Pont de Nemours and Company*

>   Diane J. Bartels (#2530)
>   1807 North Market Street
>   Wilmington, DE 19802-4810
>   Tel: (302) 656-7207
>   Fax: (302) 656-7208
>   dbartelsde@aol.com

Dated: June 22, 2006